UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEENA SHAW, | No. 2:16-cv-0729 TLN CKD PS |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, | |
| Defendant. | |

Plaintiff has requested an extension of time to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted an extension of time to July 18, 2016 to file an amended complaint in compliance with the court's April 19, 2016 order.

Dated: June 3, 2016

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 shaw0729.eot

1