UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEENA SHAW, | No. 2:16-cv-0729 TLN CKD PS |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, | |
| Defendant. | |

Plaintiff has requested a continuance of this action. It appears that plaintiff is asking for a further extension of time to file an amended complaint. Plaintiff was previously granted a 60 day extension of time. Plaintiff will be granted one final extension.

Plaintiff has also requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted an extension of time to August 25, 2016 to file an amended complaint in compliance with the court's April 19, 2016 order. Plaintiff is cautioned that failure timely file an amended complaint will result in a recommendation that this action be dismissed without prejudice.

2. Plaintiff's motion for appointment of counsel (ECF No. 6) is denied.

Dated: July 22, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 shaw0729.eot2