UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEENA SHAW,<br><br>        Plaintiff,<br><br>    v.<br><br>SACRAMENTO COUNTY SHERIFF'S DEPARTMENT,<br><br>        Defendant. | No.  2:16-cv-0729 TLN CKD PS<br><br>FINDINGS AND RECOMMENDATIONS |

By order filed April 19, 2016, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Plaintiff thereafter requested an extension of time and plaintiff was granted an extension to July 8, 2016. Plaintiff again requested an extension of time and by order filed July 25, 2016, plaintiff was granted until August 25, 2016 to file an amended complaint. Plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written

1

1  objections with the court and serve a copy on all parties.  Such a document should be captioned

2  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

3  within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>

4  <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

5  Dated:  September 1, 2016

6  _____

7  CAROLYN K. DELANEY
   UNITED STATES MAGISTRATE JUDGE

8  4 shaw0729.fta