UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEENA SHAW, | No. 2:16-cv-0729 TLN CKD |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, | |
| Defendant. | |

Plaintiff has requested appointment of counsel. The court finds that the appointment of counsel for plaintiff is warranted. Jeff D. Price has been selected from the court's pro bono attorney panel to represent plaintiff and has agreed to be appointed.

This matter was initially referred to the magistrate judge for pretrial management because plaintiff was proceeding pro se. See Local Rule 302(c)(21). Because plaintiff is now represented by counsel, pretrial matters, other than discovery motions, should now be noticed before the District Judge assigned to this action. The magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 1, 2016 (ECF No. 8) are vacated.

2. No later than October 31, 2016, plaintiff shall file an amended complaint.

1

3. Plaintiff's request for appointment of counsel (ECF No. 9) is granted. Jeff D. Price is appointed as counsel for plaintiff.

4. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

5. The Clerk of the Court is directed to serve a copy of this order upon Jeff D. Price, Law Office of Jeff D. Price, 2500 Broadway, Suite 125, Santa Monica, CA 90404.

6. This matter is referred back to the District Judge assigned to this action.

7. All dates pending before the undersigned are vacated.

8. Henceforth the caption on documents filed in this action shall be No. 2: 16-cv-0729 TLN CKD.

Dated:  September 28, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 shaw0729.vac.cou.ref