UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEENA SHAW, | No. 2:16-cv-00729-TLN-CKD |
| Plaintiff, | |
| v. | **ORDER** |
| SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, | |
| Defendant. | |

Plaintiff Sheena Shaw ("Plaintiff") initiated this action on April 6, 2016. (Compl., ECF No. 1.) On April 19, 2016, Magistrate Judge Carolyn Delaney dismissed the case and granted Plaintiff 28 days leave to file an amended complaint. (ECF No. 3.) Plaintiff requested multiple extensions of time to file her amended complaint and also moved to appoint counsel. Upon appointment of counsel, Magistrate Judge Delaney permitted Plaintiff and Plaintiff's Counsel until October 31, 2016, to file an amended complaint. (ECF No. 11.) At 7:37 PM on October 31, 2016, Counsel for Plaintiff filed a request for extension of time to file the amended complaint. (ECF No. 13.) Counsel cites as the reasons for the extension request an upcoming trial date of November 8, 2016, which has been continued, and briefing requests by the Court of Appeal on October 11, 2016. (ECF No. 13 at 2.) The Court recognizes that Counsel for Plaintiff has likely known of the trial date in November for months. Additionally, Counsel knew on October 11,

2016, of the Court of Appeal's request for additional letter briefing.  Given this knowledge, the Court would have expected Counsel to request an extension of time before the evening of the deadline for filing the amended complaint.  The Court admonishes Counsel to file any future requests in a more reasonable time, especially when Counsel knows the reasons for the request prior to the deadline.  The Court will not grant any future requests for extension of time absent good cause being shown.

However, to allow Plaintiff a fair chance to litigate her claim, the Court GRANTS Counsel's request for an extension of time and hereby ORDERS Plaintiff to file an amended complaint with the Court by November 30, 2016.

IT IS SO ORDERED.

Dated: November 2, 2016

Troy L. Nunley
United States District Judge