CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, SBN 203059
Email: rlc@creggerlaw.com
WENDY MOTOOKA, SBN 233589
Email: wm@creggerlaw.com
701 University Avenue, Suite 110
Sacramento, CA 95825
Phone: 916.426-1889
Fax: 916.443-2124

Attorneys for Defendants COUNTY OF SACRAMENTO, duplicatively sued as COUNTY OF SACRAMENTO and SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SCOTT JONES; M. PAI; STEVEN FORSYTH; COLIN MASON; KENNETH SHELTON; REID HARRIS; S. BARRY; C. BARTILSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEENA SHAW, <br><br> Plaintiff, <br><br> vs. <br><br> SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT JONES, SHERIFF, COUNTY OF SACRAMENTO, SGT. M. PAI #2055, DEPUTY STEVEN FORTYTH #874, DEPUTY COLIN MASON #461, DEPUTY KENNETH SHELTON #1021, DEPUTY REID HARRIS #238, DEPUTY S. BARRY #828, DEPUTY C. BARTILSON #1470, DEPUTY DOE #2, and ROES 1-10, inclusive, <br><br> Defendants. | Case No.: 2:16-cv-00729 TLN CKD <br><br> **ORDER ON REQUEST TO SEAL DOCUMENT PURSUANT TO LOCAL RULE 141** |

Upon consideration of the request to seal filed by defendants, and good cause appearing to seal a document supporting defendants' Motion to Dismiss the Corrected First Amended Complaint, IT IS HEREBY ORDERED THAT:

1. The document identified as Request For Judicial Notice In Support Of Motion To

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 426-1889

ORDER ON REQUEST TO SEAL DOCUMENT
PURSUANT TO LOCAL RULE 141
Case No. 2:16-cv-00729 TLN CKD

1

Dismiss The Corrected First Amended Complaint (Doc. #32-2) shall be permanently sealed.

2. Defendants shall file, for the public file, a replacement copy of the Request for Judicial Notice In Support Of Motion To Dismiss The Corrected First Amended Complaint (Doc. #32-2), with redactions that comply with Local Rule 140(a), within five court days of this order.

IT IS SO ORDERED.

Dated: July 6, 2017

Troy L. Nunley
United States District Judge

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 426-1889

ORDER ON REQUEST TO SEAL DOCUMENT
PURSUANT TO LOCAL RULE 141
Case No. 2:16-cv-00729 TLN CKD

2

# PROOF OF SERVICE

**CASE:** Sheena Shaw v. Sacramento County Sheriff's Department, et al.
**NO.:** U. S. District Court, Eastern Dist. California No. 2:16-cv-00729 TLN CKD

The undersigned declares:

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of 18 years and not a party to the within above-entitled action; my business address is 701 University Avenue, Suite 110, Sacramento, CA 95825.

I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; said correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business.

On the date indicated below I served the within **[PROPOSED] ORDER ON REQUEST TO SEAL DOCUMENT PURSUANT TO LOCAL RULE 141** on all parties in said action as addressed below by causing a true copy thereof to be:

_x_ **placed in a sealed envelope** with first class postage thereon fully prepaid in a designated area for outgoing mail;

___ **delivered by hand**;

___ **telecopied by facsimile;**

_x_ **emailed to the address listed below;**

___ **express mailed by overnight delivery**.

<u>Attorneys for Plaintiff</u>
Jeff Dominic Price
2500 Broadway, Suite 125
Santa Monica, CA 90404
Telephone: (310) 451-2222
Email: jeff.price@icloud.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this June 27, 2017 at Sacramento, California.

/s/ Beverly J. Murch
Beverly J. Murch

CREGGER & CHALFANT LLP
701 University Ave., #110
Sacramento, CA 95825
(916) 426-1889

ORDER ON REQUEST TO SEAL DOCUMENT
PURSUANT TO LOCAL RULE 141
Case No. 2:16-cv-00729 TLN CKD

3