Cate Beekman SBN 245605
Beekman & Chikhani, LLP
711 Jefferson Street, Suite 101
Fairfield, California 94533
Tel. 510.326.5963

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEENA SHAW,<br><br>    Plaintiff,<br><br>vs.<br><br>DEPUTY COLIN MASON, et al.<br><br>    Defendants. | No. 2:16-cv-00729-TLN-CKD<br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF |

Cate Beekman seeks to withdraw as counsel for Plaintiff in the above-entitled matter pursuant to LOCAL R. 182(d) and CAL. R. PROF. CONDUCT 1.16. As this Court finds that Ms. Beekman has submitted satisfactory reasoning for withdrawal, and that the granting of her Motion will not cause substantial prejudice or delay to any party,

IT IS HEREBY ORDERED that Cate Beekman's Motion to Withdraw as Counsel for Plaintiffs is GRANTED, and Cate Beekman is hereby terminated as counsel of record in this proceeding.

DATED: May 27, 2025

_____
Troy L. Nunley
Chief United States District Judge

1 - ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
Case No. 2:16-cv-00729-TLN-CKD